BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE LOUIS DELACRUZ, JR., ) <br> ) <br> Defendant. ) <br> ) | No. CR 16-00488 JST <br><br> PARTIES' STIPULATED REQUEST TO RESET STATUS HEARING ON FEBRUARY 10, 2017 AND [PROPOSED] ORDER |

    The parties hereby jointly request that this case be reset for status hearing on February 10, 2017. This case was previously set for status on January 20, 2017. The parties then received notice of a change to the Court schedule postponing the hearing until January 23, 2017. The parties hereby jointly request that the matter be vacated and reset for status on February 10, 2017.

    The government has produced discovery and the defense is continuing to review the discovery. The parties are engaged in discussions to determine whether they can reach a resolution short of trial. The parties will be in a better position to know where this case is headed given a few additional weeks prior to the initial status appearance in this case before the District Court.

PARTIES' STIP. AND [PROP.] ORDER    1
CR 16-00488 JST

For these reasons, the parties request that the Court vacate the current status hearing and reset this matter on the Court's criminal calendar on February 10, 2017, at 9:30 a.m., for status.

Furthermore, the parties stipulate and agree that time should be excluded from the date of this filing, January 17, 2017, through February 10, 2017, in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), for effective preparation of defense counsel while counsel continues to review discovery and investigate the facts and law as it pertains to this case and defendant.

DATED: January 17, 2017                    Respectfully submitted,

                                           BRIAN J. STRETCH
                                           United States Attorney


                                            /s/ Brigid Martin_____
                                           BRIGID S. MARTIN
                                           Assistant United States Attorney


                                            /s/ Angela Hansen_____
                                           ANGELA M. HANSEN
                                           Counsel for Mr. Delacruz


### [PROPOSED] ORDER

Based on the representation of the parties and joint request to reset the initial status conference in this matter, IT IS HEREBY ORDERED that the matter is RESET for status conference on February 10, 2017, at 9:30 a.m.

Given the agreement between the parties that an exclusion of time is appropriate as set forth in the parties' Stipulated Request, the Court finds that failing to exclude the time between January 17, 2017, and February 10, 2017, the date of the next status conference, is appropriate for effective preparation of defense counsel.

PARTIES' STIP. AND [PROP.] ORDER         2
CR 16-00488 JST

Accordingly, IT IS HEREBY ORDERED that the time between January 17, 2017, and February 10, 2017, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(A).

IT IS SO ORDERED.

_____
HON. JON S. TIGAR
United States District Judge

DATED: January 18, 2017

PARTIES' STIP. AND [PROP.] ORDER   3
CR 16-00488 JST