1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, a Delaware Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>A & S ELECTRONICS, INC., a California Corporation d/b/a TRUSTPRICE; SPOT.ME PRODUCTS LLC, a Nevada Limited Liability Company; ALAN Z. LIN, an Individual; BUDGET COMPUTER, a business entity of unknown status; COMPUTECHSALE, LLC, a New Jersey Limited Liability Company; EXPRESSCOMM INTERNATIONAL INC., a California Corporation; FAIRTRADE CORPORATION, a business entity of unknown status, FCO ELECTRONICS, a business entity of unknown status; ITR CONSULTING GROUP, LLC, a Texas Limited Liability Company; RELIABLE BUSINESS PARTNER, INC., a New York Corporation; LESTER WIEGERS, an individual doing business as ULTRAELECTRONICS; and DOES 1-10, Inclusive,<br><br>   Defendants. | Case No.: 3:16-cv-04144-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF ADOBE SYSTEMS INCORPORATED'S REQUEST TO EXTEND THE DEADLINE TO REINSTATE MATTER**<br><br>**Honorable Jon S. Tigar** |

1  The Court, pursuant to the Request of Plaintiff Adobe Systems Incorporated ("Adobe"), and from the good cause appearing therein, hereby ORDERS, ADJUDICATES and DECREES that the deadline to reinstate this matter set forth in the Court's November 21, 2016 Order (ECF Dkt. #56) is continued thirty (30) days to February 19, 2017, with respect to Adobe's claims against Defendants Reliable Business Partner and Computechsale, LLC.

IT IS SO ORDERED, ADJUDICATED and DECREED this  24  day of __January__, 2017.

_____
HONORABLE JON S. TYGAR
United States District Judge
Northern District of California
San Francisco Courthouse