BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE LOUIS DELACRUZ, JR.,<br><br>    Defendant. | No. CR 16-00488 JST<br><br>PARTIES' STIPULATED REQUEST TO VACATE STATUS HEARING AND RESET FOR CHANGE OF PLEA ON FEBRUARY 17, 2017, AND [PROPOSED] ORDER |

This case is currently set for its first status hearing before this Court on February 10, 2017.  The parties have been able to work out a pretrial resolution in the form of a Plea Agreement.  Therefore, the parties hereby jointly request that this case be reset for change of plea on February 17, 2017.  The parties will submit the Plea Agreement to the Court in advance of the hearing.

For these reasons, the parties request that the Court vacate the current status hearing on February

/ / /

/ / /

/ / /

PARTIES' STIP. AND [PROP.] ORDER    1
CR 16-00488 JST

1    change of plea.

2

3    DATED: January 23, 2017                    Respectfully submitted,

4
                                                BRIAN J. STRETCH
5                                               United States Attorney

6                                                _/s/ Brigid Martin_____
7                                               BRIGID S. MARTIN
                                                Assistant United States Attorney
8

9                                                _/s/ Angela Hansen_____
10                                              ANGELA M. HANSEN
                                                Counsel for Mr. Delacruz
11

12

13                              [PROPOSED] ORDER

14

15

16          Based on the representation of the parties and joint request to reset the initial status conference in

17   this matter, IT IS HEREBY ORDERED that the status hearing on February 10, 2017 is VACATED and

18   the matter is RESET for a change of plea hearing on February 17, 2017, at 9:30 a.m.

19          IT IS SO ORDERED.

20

21   _____
     HON. JON S. TIGAR
22   United States District Judge

23
     DATED:  January 24, 2017
24

25

26

27

28
     PARTIES' STIP. AND [PROP.] ORDER        2
     CR 16-00488 JST